**FILED**
April 21, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                           )<br>            Plaintiff,                           )<br>v.                                                      )<br>                                                           )<br>KIMBERLY BUCKMAN,              )<br>                                                           )<br>            Defendant.                      ) | Case No. MAG. 08-0142 EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>KIMBERLY BUCKMAN</u>, Case No. <u>MAG. 08-0142 EFB</u>, Charge <u>Title 18 USC §§ 513, 1341, 1343</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of $ _50,000_

_X_ Unsecured Appearance Bond  _co-signed by mother_

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

_X_ (Other)  _Pretrial Services Supervision of conditions of release_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _April 21, 2008_ at _2:20_ pm.

By _[signature]_
Dale A. Drozd
United States Magistrate Judge