MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KIMBERLY BUCKMAN,<br><br>    Defendant. | CR NO. 2:08-CR-205 LKK<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME |

  The parties agree that time beginning May 9, 2008 and extending through June 17, 2008 should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the time is required so that the government and defense may study the facts of this case and analyze how loss might be calculated in a case involving allegations of a check scheme.  The parties submit that this interest of justice outweighs the interest of the public and the defendant in a speedy filing of an indictment or information regarding those charges which are stated in the

complaint but not in the felony information.  18 U.S.C. § 3161(b), (h)(8)(A).  The parties further submit that this interest of justice outweighs the best interest of the public and the defendant in a speedy trial.  18  U.S.C. § 3161(c)(1), (h)(8)(A).

                                              Respectfully Submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATE: May 9, 2008                  By:   /s/ Matt Segal
                                                 MATTHEW D. SEGAL
                                                 Assistant U.S. Attorney

DATE: May 9, 2008                           /s/ Caro Marks
                                                 CARO MARKS
                                                 Counsel for Kimberly Buckman

                                            **SO ORDERED.**

DATE:_May 9, 2008.

                                             HON. EDMUND F. BRENNAN
                                             U.S. Magistrate Judge