1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2708

FILED
JUN 1 7 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. 2:08-CR-205 LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXCLUDE TIME |
| KIMBERLY BUCKMAN, | |
| Defendant. | |

The parties agree that time beginning June 17, 2008 and extending through  7-22-08  should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is required so that the government and defense may study the facts of this case and analyze how loss might be calculated in a case involving allegations of a check scheme. The parties submit that this interest of justice outweighs the interest of the public and the defendant in a speedy filing of an indictment or information regarding those charges which are stated in the

1 | complaint but not in the felony information.  18 U.S.C. §
2 | 3161(b), (h)(8)(A). The parties further submit that this
3 | interest of justice outweighs the best interest of the public and
4 | the defendant in a speedy trial.  18 U.S.C. § 3161(c)(1),
5 | (h)(8)(A).

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATE: June 17, 2008        By:   /s/ Matt Segal
                                 MATTHEW D. SEGAL
                                 Assistant U.S. Attorney

DATE: June 17, 2008              /s/ Caro Marks
                                 CARO MARKS
                                 Counsel for Kimberly Buckman

SO ORDERED.

DATE: 6/17/08

HON. KIMBERLY J. MUELLER
U.S. Magistrate Judge

2